IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CANDACE PEARCE,

    Plaintiff,

vs.                              CASE NO.: 4:05cv293-SPM/AK

ABC LIQUORS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Northern District of Florida Local Rule 16.2(D) and the Report of Mediation (doc. 30) advising that this case has settled, it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 4th day of August, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge